IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

GREG BIGLER,

    Plaintiff,

vs.

BISCO INDUSTRIES, INC., BISCO REFRACTORIES, INC., AND OMI REFRACTORIES.

    Defendants.

*FILED ELECTRONICALLY*

CIV. ACTION NO. 2:05-CV-00175

## ORDER OF DISMISSAL

And now, this 27th day of Nov., 2006, came the parties, and advised the Court they had agreed to a settlement of the foregoing matter. The parties now having advised the Court that all incidents to the consummation of the settlement have been completed, this matter is dismissed with prejudice.



_____, J.

## CERTIFICATE OF SERVICE

    I, Samuel H. Foreman, Esquire, hereby certify that on this date a true and correct copy of the foregoing **PROPOSED ORDER OF DISMISSAL** was sent by CM/ECF automated notice, only, to the following:

Gregory Swope
David E. Butz,
Matthew Mullen,
Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A.,
4775 Munson Street NW
PO Box 36963,
Canton, OH  44735

                                  /S/ Samuel H. Foreman
                                  Samuel H. Foreman, Esquire

Dated:      11/20/2006